AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>EDUAN GOMEZ-RODRIGUEZ<br>a/k/a FIDEL GONZALEZ-HIDALGO<br><br>Defendant(s) | ) ) ) ) ) ) ) | Case No. 13-8327-WM |

FILED by JZ D.C.
JUL 09 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 8, 2013__ in the county of __Palm Beach__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, S/A, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: July 9, 2013

_____
Judge's signature

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
Printed name and title

## UNITED STATES v. EDUAN GOMEZ-RODRIGUEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Eduan GOMEZ-RODRIGUEZ, also known as Fidel GONZALEZ-HIDALGO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about July 6, 2013, Eduan GOMEZ-RODRIGUEZ was arrested in Palm Beach County, Florida on a charge of driving without a valid license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Eduan GOMEZ-RODRIGUEZ.

1

4. On or about July 8, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Cynthia Alcocer took a sworn statement from Eduan GOMEZ-RODRIGUEZ. Post-*Miranda,* Eduan GOMEZ-RODRIGUEZ admitted to being native of Mexico. He further admitted to last entering into the United States illegally on or about December 2012, after being removed from the United States in November 2012. Eduan GOMEZ-RODRIGUEZ further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about July 8, 2013, your affiant reviewed electronic law enforcement databases as well as documents from the immigration alien file assigned to Eduan GOMEZ-RODRIGUEZ. Records show that Eduan GOMEZ-RODRIGUEZ is a native and citizen of Mexico. Records further show that on or about February 17, 2008, Eduan GOMEZ-RODRIGUEZ was ordered removed from the United States. The Order of Removal was executed on or about February 17, 2008, whereby Eduan GOMEZ-RODRIGUEZ was removed from the United States to Mexico. Thereafter, Eduan GOMEZ-RODRIGUEZ re-entered into the United States illegally and was removed on four additional separate occasions: on or about March 12, 2011; on or about September 11, 2012; on or about September 18, 2012; and on or about November 28, 2012.

6. Records further show that, on or about August 31, 2012, in the United States District Court, West Palm Beach Division, Eduan GOMEZ-RODRIGUEZ was convicted of re-entry after deportation in case number 12-80155-CR-Marra.

7. Additional records obtained by your affiant show that, on or about September 26, 2012, in the United States District Court, Laredo Division, Eduan GOMEZ-RODRIGUEZ was convicted of illegal entry in case number 12-PO-0638.

8. Border patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about July 6, 2013, that is, Eduan GOMEZ-RODRIGUEZ was the same person previously removed from the United States on or about November 28, 2012.

9. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Eduan GOMEZ-RODRIGUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Eduan GOMEZ-RODRIGUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. A Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

10. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about July 6, 2013, Eduan GOMEZ-RODRIGUEZ, also known as Fidel GONZALEZ-HIDALGO, an alien who was previously deported and removed from the United States, was found in the

United States, without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1) .

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___9th___ day of July, 2013.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __13-8327-WM__

UNITED STATES OF AMERICA

v.

EDUAN GOMEZ-RODRIGUEZ
a/k/a FIDEL GONZALEZ-HIDALGO,

          **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

BY: _____
    RINKU TRIBUIANI
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 0150990
    500 S. Australian Avenue, Suite 400
    West Palm Beach, FL 33401-6235
    Tel: (561) 820-8711
    Fax: (561) 820-8777
    Rinku.Tribuiani@usdoj.gov